# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ELLIOT WHEELER**                                                                                   **PLAINTIFF**

**V.**                                                                               **CAUSE NO. 4:17CV00096-SA-JMV**

**ROBERT WILLIAMS, ET AL.**                                                                     **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting . . . a[] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."  Because defendant has raised the issue of subject matter jurisdiction by separate motion [4],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the jurisdiction motion.

This 14th day of July, 2017.

/s/ Jane M. Virden
U.S. Magistrate Judge