IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELLIOT WHEELER                                                                              PLAINTIFF

V.                                                                    CAUSE NO. 4:17CV00096-SA-JMV

ROBERT WILLIAMS, ET AL.                                                                 DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(3)(B). The rule provides that

> [f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

On January 16, 2018, defendants filed a Second Motion to Dismiss [16] based in part on jurisdictional grounds.

**THEREFORE, IT IS ORDERED:**

The proceedings listed in local rule 16(b)(3)(B) along with the case management conference are hereby **STAYED** pending a decision on the jurisdiction issue. The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to dismiss is denied.

**THIS**, the 29th day of January, 2018.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE