IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELLIOT WHEELER                                                                                    PLAINTIFF

V.                                                                              CAUSE NO. 4:17CV00096-SA-JMV

ROBERT WILLIAMS, ET AL.                                                                     DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting . . . a[] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Because defendants have raised the issue of subject-matter jurisdiction by a motion [29] filed May 23, 2018,

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the jurisdiction motion.

This 6th day of June, 2018.

/s/ Jane M. Virden
U.S. Magistrate Judge