IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ELLIOT WHEELER                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:17-CV-96-SA-JMV

ROBERT WILIAMS, OSCAR GRIFFIN,
REV. MORRIS ALLEN, DOSHIA REDMOND,
DR. DORIS BARNES WARE, in their official
and individual capacities, and HUMPHREYS
COUNTY SCHOOL DISTRICT                                                                     DEFENDANTS

ORDER AND FINAL JUDGMENT

Pursuant to a separate Memorandum Opinion issued this day, the Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is GRANTED. In the alternative, the Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim is GRANTED. This case is DISMISSED without prejudice, and this CASE is CLOSED.

SO ORDERED, this the 27th day of November, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE